1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG A. GRIFFITH, | ) | CASE NO. CV 07-2415 R (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| V.M. ALMAGER, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 24, 2011

_____
MANUEL L. REAL
United States District Judge