UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. GRIFFITH,<br><br>    Petitioner,<br><br>    v.<br><br>V.M. ALMAGER, Warden,<br><br>    Respondent. | CASE NO. CV 07-2415 R (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 24, 2011

                                              MANUEL L. REAL<br>
                                     United States District Judge